# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CEDRIC TYRONE WALKER,** | : | |
| Plaintiff | : | |
| | : | No. 1:16-cv-01326 |
| v. | : | |
| | : | (Judge Rambo) |
| **R. FISHER, et al.,** | : | |
| Defendants | : | |

## ORDER

**AND NOW**, on this 2nd day of October 2018, in accordance with the United States Court of Appeals for the Third Circuit's Remand Order (Doc. No. 36), and the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendants' motion for summary judgment (Doc. No. 13), is **GRANTED**.

2. The Clerk of Court is directed to **CLOSE** this case.

                                          s/Sylvia H. Rambo
                                          SYLVIA H. RAMBO
                                          United States District Judge